## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 22-6078

_____

Filed: March 06, 2024

In re: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION MDL 2809

-----------------------------

LEATHA TAYLOR, Individually and as Administratrix of Estate of David Taylor, et al.,

      Plaintiffs - Appellants

v.

BRISTOL-MYERS SQUIBB COMPANY, et al.,

      Defendants - Appellees

### MANDATE

Pursuant to the court's disposition that was filed 02/13/2024 the mandate for this case hereby issues today.

COSTS: None