UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| IN RE: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION | Master File No. 5:18-md-2809-KKC<br><br>MDL Docket No. 2809 |
| **Nicole Wilcox** | Individual File No. 5:18-61-KKC |

## ORDER

In a prior order (DE 408 in 5:18-2809), the Court ORDERED that the above-named plaintiff show cause why her case should not be dismissed with prejudice for failing to submit a Plaintiff Profile Form in accordance with this Court's Case Management Order No. 2 (DE 197 in 5:18-2809). She has not filed any response.

Accordingly, the Court hereby ORDERS that the above-referenced case is DISMISSED with prejudice.

Dated January 17, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY