UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 22-6078

In re: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION - MDL 2809

_____

LEATHA TAYLOR, individually and as administratrix of the estate of David Taylor, et al.,

    Plaintiffs - Appellants

    v.

BRISTOL-MYERS SQUIBB COMPANY; ASTRAZENECA PHARMACEUTICALS LP; IPR PHARMACEUTICALS INC.; MCKESSON CORPORATION; ASTRAZENECA LP

    Defendants - Appellees.

**FILED**
Feb 13, 2024
KELLY L. STEPHENS, Clerk

Before: SILER, NALBANDIAN, and DAVIS, Circuit Judges.

# JUDGMENT

Appeal from Multidistrict Litigation 2809
United States District Court for the Eastern District of Kentucky at Lexington.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

                              **ENTERED BY ORDER OF THE COURT**

                              _____
                              Kelly L. Stephens, Clerk